FREEDOM LAW FIRM
8985 S EASTERN AVE STE 350
LAS VEGAS, NV 89123
(702) 880-5554



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SUSAN GEINER
Plaintiff

vs

RED ROCK RESORTS, INC., ET AL.
Defendant

*Case Number:* 2:26-CV-01632-CDS-MDC

*Dept:*

**PROOF OF SERVICE**

JAMES FAULKNER, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Monday, June 1, 2026 a copy of the:
**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT**

I served the same on **06/01/2026 at 12:23 PM** to:

**Defendant STATION CASINOS LLC, BY SERVING STATION CASINOS LLC, REGISTERED AGENT**

by leaving the copies with or in the presence of **RALPH BLACKBURN**, **SECURITY**, at 1505 S PAVILION CENTER DR, LAS VEGAS, NV 89135, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Tuesday, June 2, 2026

JAMES FAULKNER
Registered Work Card R-2024-03591

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389

P-2044214.01