**CAMPBELL & WILLIAMS**
Philip R. Erwin, Esq.
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com

Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendants*
*Red Rock Resorts, Inc., Station Holdco LLC, and Station Casinos LLC*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN GEINER, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01632 |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| RED ROCK RESORTS, INC., STATION HOLDCO LLC, AND STATION CASINOS LLC | **(FIRST REQUEST)** |
| Defendants. | |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
NEW YORK

WHEREAS, beginning on or about March 5, 2026, Defendants experienced a cybersecurity incident (the "Incident");

WHEREAS, following Defendants' disclosure of the Incident, plaintiffs filed the instant action, *Geiner v. Red Rock Resorts, Inc., et al.*, No. 2:26-cv-06132 (Dkt. 1), asserting claims on behalf of a putative class relating to the Incident;

WHEREAS, Defendants were served with the *Geiner* complaint on June 1, 2026;

WHEREAS, pursuant Fed. R. Civ. Proc. 12(a), Defendants' response to the instant *Geiner* complaint was due on or before June 22, 2026;

WHEREAS, in addition to the instant action, a series of additional putative class action lawsuits were filed in this District as well as the District Court for Clark County, Nevada, asserting claims relating to the Incident ("Related Actions");

WHEREAS, counsel for Defendants was recently retained and intends to appear on behalf of Defendants in each of the Related Actions;

WHEREAS, the Parties to this action intend to seek consolidation of this action and the Related Actions for pre-trial proceedings;

WHEREAS, to avoid unnecessary expenditure of resources and effort responding to the instant complaint where the Parties agree that this action and the Related Actions should be consolidated, resulting in the filing of a consolidated complaint, the Parties have agreed to extend the time for Defendants to respond to the complaint in this matter for 60 days, up to and including August 21, 2026, so that the Parties can pursue consolidation of this case with the Related Actions. There is good cause to grant this request, which is not made for the purposes of delay.

It is therefore **STIPULATED** and **AGREED** that:

. . . .

. . . .

. . . .

. . . .

. . . .

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
NEW YORK

1.    Defendants' deadline to serve its response to the Complaint in this action shall be extended until August 21, 2026

Dated: June 30, 2026

By: */s/ Philip R. Erwin*
**CAMPBELL & WILLIAMS**
Philip R. Erwin, Esq.
Campbell & Williams
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com
Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendants Red Rock Resorts, Inc., Station Holdco LLC, and Station Casinos LLC*

Dated: June 30, 2026

By: */s/ George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123

Andrew W. Ferich*
Brian Devall*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com
bdevall@ahdootwolfson.com

*Counsel for Plaintiff and the Proposed Class*

**Pro Hac Vice application forthcoming*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: 7-2-26

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Stipulation and [Proposed] Order Continuing Time for Defendants to Respond to Complaint** was served on the 30th day of June, 2026 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Philip R. Erwin*
An employee of Campbell & Williams