**CAMPBELL & WILLIAMS**
Philip R. Erwin (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
jcw@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com

Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendants*
*Red Rock Resorts, Inc., Station Holdco LLC, and Station Casinos LLC*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN GEINER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RED ROCK RESORTS, INC., STATION HOLDCO LLC, AND STATION CASINOS LLC<br><br>Defendants. | Case No. 2:26-cv-01632<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION** |

Plaintiff Susan Geiner ("Plaintiff") and defendants Red Rock Resorts, Inc., Station HoldCo, LLC, and Station Casinos LLC ("Defendants" and together with Plaintiff, the "Parties"), hereby stipulate as follows:

WHERAS, the present litigation involves a series of putative class action complaints filed against Defendants relating to a cybersecurity incident impacting certain customers' personal information, which Defendants disclosed on or about May 21, 2026;

WHEREAS, following Defendants' disclosure of the Incident, Plaintiff filed the instant action, *Geiner v. Red Rock Resorts, Inc., et al.*, No. 2:26-cv-06132 (Dkt. 1), asserting claims on behalf of a putative class relating to the Incident;

WHEREAS, three related actions, *Chen v. Station Casinos, LLC*, Case No. 2:26-cv-01624 (May 28, 2026), *Ferretta v. Station Casinos, LLC*, Case. No. 2:26-cv-01693 (June 4, 2026), and *Hall v. Station Casinos, LLC*, No. 2:26-cv-01693 (June 5, 2026), were filed in this District, also asserting claims on behalf of a putative class relating to the Incident (together with *Geiner*, the "Federal Court Actions");

WHEREAS, in addition, four related actions, *Holmes v. Station Casinos, LLC*, Case No. A-26-947543-C (May 28, 2026), *Gaters v. Station Casinos, LLC*, Case No. A-26-947557-C (May 28, 2026), *Malicdem v. Station Casinos, LLC*, Case No. A-26-947563-C (May 28, 2026), and *Ellis v. Station Casinos, LLC*, No. A-26-948707-C (June 10, 2026) were filed in the District Court of Clark County, Nevada, each asserting claims on behalf of a putative class relating to the Incident (collectively, the State Court Actions");

WHEREAS, there is significant overlap between the parties, alleged facts, and claims at issue in the State Court Actions and the Federal Court Actions;

WHEREAS, on June 24, 2026, plaintiffs in the State Court Actions filed an unopposed Motion to Consolidate the State Court Actions and to appoint interim co-lead counsel, which remains pending before the Honorable Judge Jasmin Lilly-Spells, Eighth Judicial Circuit ("Motion to Consolidate");

WHEREAS, if the Motion to Consolidate is granted, plaintiffs in the State Court Actions

intend to file a consolidated complaint, asserting claims on behalf of a putative nationwide class relating to the Incident, and Defendants intend to move to dismiss such complaint shortly thereafter;

WHEREAS, all Parties to the Federal Court Actions and the State Court Actions agree that a stay of the Federal Court Actions (including the *Geiner* action) pending resolution of any motions to dismiss in the State Court Actions, including the exhaustion of all appeals, is warranted to avoid inefficiencies and duplicative efforts, and preserve the Court's and the Parties' resources;

WHEREAS, the Parties have agreed that during the pendency of the stay of the Federal Court Actions, Defendants shall not be required to file motions to dismiss, answer, or otherwise respond to any of the complaints in the Federal Court Actions;

WHEREAS, the Parties, by and through their counsel, have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation, subject to the Court's approval:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1. The instant *Geiner* action shall be stayed until the resolution of any and all motions to dismiss the State Court Actions, including the exhaustion of all appeals.

2. Until further order of the Court, Defendants shall have no obligation to respond to the *Geiner* complaint.

3. After the resolution of any and all motions to dismiss the State Court Actions, the Parties shall meet and confer and within fourteen (14) days submit a case management statement, which will include the Parties' position(s) on whether the stay should be extended, or alternatively propose a case management schedule for the Federal Court Actions.

. . . . .

. . . . .

. . . . .

. . . . .

4. Nothing herein shall prejudice the Parties' rights, including Defendants' right to seek any additional stay of the Federal Court Actions or to move to dismiss the complaints in the Federal Court Actions, and for Plaintiff to oppose such relief.

Dated: August 31, 2026

By: */s/ Philip R. Erwin*
**CAMPBELL & WILLIAMS**
Philip R. Erwin, Esq.
Campbell & Williams
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com
Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendant Station Casinos LLC*

Dated: August 31, 2026

By: */s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123

Andrew W. Ferich*
Brian Devall*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com
bdevall@ahdootwolfson.com

**Pro hac vice* forthcoming

*Counsel for Plaintiff and the Proposed Class*

**IT IS SO ORDERED:**

________________________________
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Stipulation and [Proposed] Order Staying Action** was served on the 31st day of August, 2026 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Philip R. Erwin*
An employee of Campbell & Williams